IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD FISHER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-633-GPM |
| | ) |
| **IMMIGRATION and** | ) |
| **NATURALIZATION SERVICE, et al.,** | ) |
| | ) |
| Respondents. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Before the Court is Petitioner Richard Fisher's self-styled "aliens class action" in which he seeks voluntary deportation to his native country of Jamaica. According to Exhibit A, attached to the petition, the INS lodged a detainer against Fisher on March 31, 2003, for possible deportation, which clearly has not happened yet, much to his disappointment.[1]

Although not completely clear from the petition, it seems Fisher claims to be an "alien terrorist" as defined in 8 U.S.C. § 1227. Assuming Fisher is correct, any removal proceeding must be conducted by the removal court, a panel of five district court judges specifically designated as such by the Chief Justice of the United States. *See* 8 U.S.C. § 1532(a). Only the United States Attorney General may commence such removal proceedings, and a removal hearing will be conducted by one of the judges sitting on the removal court. *See* 8 U.S.C. §§ 1533, 1534.

---

[1] At the time he filed this action, Fisher was incarcerated at the United States Penitentiary at Marion, Illinois, but he has since been transferred to the United States Penitentiary in Allenwood, Pennsylvania.

The undersigned is not one of the five district court judges designated to preside over such proceedings, and the instant action was not commenced by the United States Attorney General. Consequently, this Court has no jurisdiction to consider the matters presented in the petition.

Accordingly, the motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**, and this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED:  03/28/07

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
Chief United States District Judge
